# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Reginald Hart,<br><br>Plaintiff(s),<br><br>v.<br><br>Amazon.com, Inc.,<br><br>Defendant(s). | Case No. 15 C 1217<br>Judge Ruben Castillo |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: judgment is entered in favor of defendant, Amazon.com, Inc. and against plaintiff, Reginald Hart.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Ruben Castillo on a motion to dismiss.

Date: 6/13/2016

Thomas G. Bruton, Clerk of Court

, Deputy Clerk Ruth O'Shea